UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-cv-00325-PGB-RMN

STRIKE 3 HOLDINGS, LLC, a limited liability company,

      Plaintiff,

v.

JOHN DOE subscriber assigned IP address 72.189.107.92 an individual,

      Defendant.

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 72.189.107.92, are voluntarily dismissed with prejudice.

Dated: May 31, 2023

Respectfully submitted,

**MAMONE VILLALON**
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

By: /s/ *Tyler A. Mamone*
Tyler A. Mamone, Esq.
100 SE 2nd St. Suite 2000
Miami, FL 33131
tyler@mvlawpllc.com
Tel.: (786) 209-2379