# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**STRIKE 3 HOLDINGS, LLC,**

      **Plaintiff,**

v.                           Case No: 6:23-cv-325-PGB-RMN

**JOHN DOE SUBSCRIBER
ASSIGNED IP ADDRESS
72.189.107.92,**

      **Defendant.**

_____/

## ORDER

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice, filed May 31, 2023. (Doc. 13). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant John Doe, subscriber assigned IP address 72.189.107.92, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 1, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties